IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 4:24CR72 |
| ) | |
| KRISTOPHER ARMON WARREN ET AL ) | |

PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Brian J. Samuels, Assistant United States Attorney in the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

//s//
_____
Brian J. Samuels, AUSA
VA State Bar #65898
Attorney for the Government
United States Attorney's Office
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
email: brian.samuels@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on 24th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                                  //s//
                                    _____
Brian J. Samuels, AUSA
VA State Bar #65898
Attorney for the Government
United States Attorney's Office
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone:  (757) 591-4000
Fax:  (757) 591-0866
email:  brian.samuels@usdoj.gov